| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Drain, Robert D. | 2. Court or Organization Southern District of New York | 3. Date of Report 5/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Bankruptcy Court, S.D.N.Y.
300 Quarropas St.
White Plains, New York 10601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | American Bankruptcy Institute |
| 2. | Circuit Governor | National Conference of Bankruptcy Judges |
| 3. | Adjunct Professor | Pace University School of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Adjunct Professor: Pace University School of Law | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 3/2/2017-3/3/2017 | Las Vegas, NV | Speaker at bankruptcy law conference | Airfare, hotel, food, other transportation, parking |
| 2. | American College of Bankruptcy | 3/9/2017-3/11/2017 | Washington, DC | Induction ceremony and events | Auto mileage, food, parking |
| 3. | American Bankruptcy Institute | 4/20/2017-4/23/20017 | Washington, DC | Speaker at bankruptcy law conference | Auto mileage, food, parking, |
| 4. | Practicing Law Institute | 4/26/2017-4/26/2017 | New York, NY | Speaker at bankruptcy CLE program | Train, food |
| 5. | South Florida Bankruptcy Bar Association | 5/11/2017-5/14/2017 | Bonita Springs, FL | Speaker at bankrutcy law conference | Airfare, hotel, food, other transportation, parking |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Drain, Robert D.** | 5/14/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Bankruptcy Institute | 5/18/2017 | New York, NY | Speaker at bankruptcy law conference | Train, food |
| 7. | American Bankruptcy Institute | 5/18/2017 | Alexandria, VA | Speaker at Eye on Bankruptcy CLE webcast | Auto mileage, food, parking, |
| 8. | Hudson Valley Bar Association | 9/8/2017-9/8/2017 | Hyde Park, NY | Speaker at bench/bar conference | Auto mileage, hotel, food |
| 9. | S. Korean Bar Ass'n | 9/12/2017-9/16/2017 | Seoul, S. Korea | Speaker at international program on first anniversary of S. Korean bankr. court | Airfare, hotel, food, other transportation, parking |
| 10. | National Conference of Bankrutpcy Judges | 10/8/2017-10/11/2017 | Las Vegas, NV | Speaker at bench/bar conference | Airfaire, hotel, food, other transportation, parking |
| 11. | American Bankruptcy Institute | 10/8/2017-10/10/2017 | Las Vegas, NV | Speaker at bankruptcy law conference | Hotel, food, other transportation, parking |
| 12. | American Bankruptcy Institute | 10/17/2017-10/17/2017 | Washington, DC | Speakter at views from the bench conference | Auto mileage, food, parking |
| 13. | American Bankrupty Institute | 10/18/2017-10/21/2017 | Dublin, Ireland | Speaker at international bankruptcyconference | Airfare, hotel, food, other transportation, parking |
| 14. | Association of Insolvency & Restructuring Advisors | 11/13/2017-11/13/2017 | New York, NY | Speaker at bankuptcy law conference | Train, food |
| 15. | American Bankruptcy Institute | 12/1/2-17-12/3/2017 | Palm Springs, CA | Speaker at bankruptcy law conference | Airfaire, hotel, food, other transportation, parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Account | A | Interest | K | T | | | | | |
| 2. Acess Financial Account #1 (Cash and Stock) | B | Int./Div. | K | T | | | | | |
| 3. -FifthThird Bancorp common | A | Dividend | J | T | | | | | |
| 4. US Trust Managed Common Account (no control) | | | | | | | | | |
| 5. -Activision Blizzard | A | Dividend | J | T | Buy | 07/19/17 | J | | |
| 6. | | | | | Buy (add'l) | 10/17/17 | J | | |
| 7. -Alphabet Inc. CL C Com | | None | M | T | | | | | |
| 8. -Alphabet Inc. CL A Com | | None | M | T | Sold (part) | 06/20/17 | J | A | |
| 9. | | | | | Sold (part) | 07/19/17 | J | A | |
| 10. | | | | | Sold (part) | 09/28/17 | J | B | |
| 11. -Amazon Com | | None | M | T | Buy (add'l) | 01/11/17 | J | | |
| 12. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 13. | | | | | Sold (part) | 07/18/17 | J | A | |
| 14. -Apple | A | Dividend | L | T | Sold (part) | 02/08/17 | J | A | |
| 15. | | | | | Sold (part) | 05/17/17 | J | A | |
| 16. | | | | | Sold (part) | 06/20/17 | J | A | |
| 17. | | | | | Sold (part) | 07/18/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -AMG Managers Montag & Caldwell Grwth Fnd Cl 1 | A | Int./Div. | | | Redeemed | 04/06/17 | K | | |
| 19.   -Autozone | | None | | | Sold | 07/18/17 | J | | |
| 20.   -BB&T Corp. | A | Dividend | J | T | Sold (part) | 06/13/17 | J | A | |
| 21.   -Berkshire Hathaway Cl B | | None | K | T | Sold (part) | 08/25/17 | J | A | |
| 22. | | | | | Sold (part) | 12/13/17 | J | B | |
| 23.   -Boston Scientific | | None | J | T | Buy | 11/22/17 | J | | |
| 24. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 25. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 26.   -Celgene | | None | K | T | Buy (add'l) | 01/13/17 | J | | |
| 27. | | | | | Sold (part) | 07/18/17 | J | A | |
| 28. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 29. | | | | | Sold (part) | 12/01/17 | J | | |
| 30. | | | | | Sold (part) | 12/07/17 | J | | |
| 31.   -Cerner | | None | J | T | Sold (part) | 07/18/17 | J | A | |
| 32. | | | | | | | | | |
| 33.   -Citigroup | A | Dividend | K | T | Sold (part) | 12/01/17 | J | A | |
| 34.   -Col. Dividend Income FD Cl. Z | B | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Col. Select Large Cap Growth FD Cl. Z | | None | M | T | | | | | |
| 36. -Comcast Corp. | B | Dividend | M | T | | | | | |
| 37. -Costco Whlsl | A | Dividend | J | T | Buy (add'l) | 01/23/17 | J | | |
| 38. | | | | | Sold (part) | 07/18/17 | J | A | |
| 39. | | | | | Sold (part) | 10/31/17 | J | | |
| 40. -Danaher | A | Dividend | K | T | Buy (add'l) | 06/13/17 | J | | |
| 41. -Dell Tech | | None | | | Sold | 06/20/17 | J | B | |
| 42. -Delphi | | None | J | T | Sold (part) | 12/01/17 | J | A | |
| 43. -Disney Walt Co. | B | Dividend | K | T | Sold (part) | 07/18/17 | J | | |
| 44. | | | | | Sold (part) | 12/01/17 | J | A | |
| 45. -EOG Res | A | Dividend | K | T | Sold (part) | 07/18/17 | J | | |
| 46. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 47. -Exxon Mobil | B | Dividend | L | T | | | | | |
| 48. -Facebook | | None | K | T | Sold (part) | 07/18/17 | J | A | |
| 49. | | | | | Sold (part) | 07/19/17 | J | B | |
| 50. | | | | | Sold (part) | 09/28/17 | J | C | |
| 51. -Fortive | A | Dividend | J | T | Sold (part) | 07/18/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Drain, Robert D. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Gilead Sciences | A | Dividend | J | T | Sold (part) | 02/08/17 | J | A | |
| 53. | | | | | Sold (part) | 12/01/17 | J | A | |
| 54. -Goldman Sachs | A | Dividend | K | T | Sold (part) | 12/01/17 | J | A | |
| 55. -Hershey | A | Dividend | J | T | Sold (part) | 07/18/17 | J | A | |
| 56. | | | | | Sold (part) | 10/31/17 | J | A | |
| 57. -Home Depot | A | Dividend | K | T | Sold (part) | 07/18/17 | J | A | |
| 58. -Intercontinental Exchange | A | Dividend | K | T | Sold (part) | 07/18/17 | J | A | |
| 59. -Johnson & Johnson | A | Dividend | K | T | Sold (part) | 07/18/17 | J | A | |
| 60. | | | | | Sold (part) | 12/07/17 | J | A | |
| 61. -Kraft Heinz | A | Dividend | K | T | | | | | |
| 62. -Lauder Estee Cos. | A | Dividend | J | T | Sold (part) | 07/18/17 | J | A | |
| 63. | | | | | Sold (part) | 10/31/17 | J | B | |
| 64. -Mastercard | A | Dividend | K | T | Sold (part) | 07/18/17 | J | A | |
| 65. | | | | | Sold (part) | 12/01/17 | J | A | |
| 66. -MFS Value FD Cl 1 | B | Int./Div. | L | T | | | | | |
| 67. -Microsoft Corp. | A | Dividend | K | T | Sold (part) | 07/18/17 | J | A | |
| 68. -Mondelez Intl | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Monsanto New Com. | A | Dividend | K | T | Sold (part) | 12/04/17 | J | | |
| 70. -Priceline Grp. Inc. | | None | K | T | | | | | |
| 71. -Raytheon | A | Dividend | K | T | Sold (part) | 07/18/17 | J | A | |
| 72. -Regeneron Pharma | | None | | | Buy (add'l) | 01/13/17 | J | | |
| 73. | | | | | Sold | 11/22/17 | J | B | |
| 74. -Salesforce Com. Inc. | | None | K | T | Sold (part) | 07/18/17 | J | A | |
| 75. -Schwab Charles | A | Dividend | J | T | Sold (part) | 07/18/17 | J | A | |
| 76. -SPDR S&P Dividend ETF | C | Int./Div. | M | T | | | | | |
| 77. -Starbucks | A | Dividend | J | T | Sold (part) | 07/18/17 | J | A | |
| 78. -Target | A | Dividend | | | Sold | 04/18/17 | K | C | |
| 79. -TCW Select Equities FD Cl 1 | | None | | | Redeemed | 04/13/17 | L | E | |
| 80. -Tesla Motors | | None | | | Sold | 04/24/17 | J | B | |
| 81. -TJX Cos. | A | Dividend | K | T | Sold (part) | 02/08/17 | J | A | |
| 82. | | | | | Sold (part) | 07/18/17 | J | A | |
| 83. -Union Pacific | B | Dividend | L | T | | | | | |
| 84. -United Parcel Cl B | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 85. | | | | | Sold (part) | 07/18/17 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000

F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000

N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000

P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market

U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Large-Cap ETF | C | Int./Div. | M | T | Buy | 04/10/17 | K | | |
| 87. | | | | | Buy (add'l) | 04/18/17 | M | | |
| 88. -Verizon Com. | A | Dividend | J | T | Sold (part) | 02/08/17 | J | | |
| 89. | | | | | Sold (part) | 07/18/17 | J | | |
| 90. -Zoetis Inc. | A | Dividend | J | T | Sold (part) | 07/18/17 | J | A | |
| 91. -Agilent Technologies | | None | J | T | Buy | 11/09/17 | J | | |
| 92. | | | | | Buy (add'l) | 11/22/17 | J | | |
| 93. -Albermarle | A | Dividend | J | T | Buy | 09/01/17 | J | | |
| 94. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 95. -Amphenol | A | Dividend | K | T | Sold (part) | 07/18/17 | J | A | |
| 96. -Church & Dwight | A | Dividend | J | T | Buy (add'l) | 01/23/17 | J | | |
| 97. | | | | | Sold (part) | 07/18/17 | J | A | |
| 98. -Cimarex Energy | A | Dividend | J | T | Buy (add'l) | 02/02/17 | J | | |
| 99. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 100. -Hunt JB Trans. | A | Dividend | J | T | Sold (part) | 07/18/17 | J | A | |
| 101. -Jacobs Engr Grp | A | Dividend | K | T | Buy | 07/18/17 | J | | |
| 102. | | | | | Buy (add'l) | 07/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Leidos Hldgs | A | Dividend | J | T | Buy | 07/18/17 | J | | |
| 104. | | | | | Buy (add'l) | 07/19/17 | J | | |
| 105. -Palo Alto Networks | | | | | Buy (add'l) | 01/23/17 | J | | |
| 106. | | | | | Sold | 04/24/17 | J | B | |
| 107. -Renaissance Hldgs. | A | Dividend | | | Sold (part) | 09/01/17 | J | B | |
| 108. | | | | | Sold (part) | 09/05/17 | J | C | |
| 109. | | | | | Sold | 09/06/17 | J | B | |
| 110. -Vanguard Mid-Cap ETF | B | Int./Div. | M | T | | | | | |
| 111. -Wabco Hldgs | | None | J | T | Buy | 04/26/17 | J | | |
| 112. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 113. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 114. -Acadia Healthcare | | None | | | Sold | 07/19/17 | J | A | |
| 115. -Enstar Grp. Ltd. | | None | | | Sold (part) | 07/19/17 | J | A | |
| 116. | | | | | Sold (part) | 07/20/17 | J | B | |
| 117. | | | | | Sold (part) | 07/24/17 | J | A | |
| 118. | | | | | Sold | 07/25/17 | J | A | |
| 119. -SM Energy | A | Dividend | J | T | Buy (add'l) | 05/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Teladoc | | None | J | T | Buy | 12/07/17 | J | | |
| 121. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 122. -Accenture PLC Cl A | A | Dividend | K | T | Buy | 07/18/17 | J | | |
| 123. | | | | | Buy (add'l) | 12/07/17 | J | | |
| 124. -Actelion Ltd | | | | | Buy (add'l) | 01/17/17 | J | | |
| 125. | | | | | Sold | 04/20/17 | J | D | |
| 126. -Allergan PLC | A | Dividend | | | Buy | 04/19/17 | J | | |
| 127. | | | | | Buy (add'l) | 07/19/17 | J | | |
| 128. | | | | | Sold | 12/01/17 | J | A | |
| 129. -Anheuser Busch Inbev | A | Dividend | J | T | Sold (part) | 12/01/17 | J | | |
| 130. -Asahi Grp | | None | J | T | Buy | 12/15/17 | J | | |
| 131. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 132. -Core Labs | A | Dividend | J | T | Sold (part) | 12/01/17 | J | | |
| 133. -CTrip Com Intl | | None | J | T | Buy (add'l) | 01/17/17 | J | | |
| 134. | | | | | Buy (add'l) | 01/18/17 | J | | |
| 135. | | | | | Buy (add'l) | 08/25/17 | J | | |
| 136. -Dassault Systemes | | None | K | T | Buy (add'l) | 10/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 138. -Diageo ADR | A | Dividend | K | T | Buy (add'l) | 07/19/17 | J | | |
| 139. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 140. -Fanuc Corp. | | None | K | T | Buy (add'l) | 10/19/17 | J | | |
| 141. -Keyence Corp. | | None | K | T | Sold (part) | 12/15/17 | J | B | |
| 142. -Line Corp. | | None | | | Sold (part) | 02/03/17 | J | | |
| 143. | | | | | Sold | 02/06/17 | J | | |
| 144. -LyondellBasell | A | Dividend | K | T | Sold (part) | 07/18/17 | J | | |
| 145. -Mobileye NV | | None | K | T | Buy (add'l) | 01/11/17 | J | | |
| 146. | | | | | Sold (part) | 12/01/17 | J | A | |
| 147. -Nidec Corp. | | None | K | T | Sold (part) | 12/05/17 | J | A | |
| 148. -Novozymes | A | Dividend | K | T | Sold (part) | 12/04/17 | J | A | |
| 149. -NXP Semiconductors | | None | | | Sold | 07/19/17 | K | C | |
| 150. -Onex | A | Dividend | K | T | Sold (part) | 12/01/17 | J | A | |
| 151. -Roche Hldgs | | None | K | T | Buy (add'l) | 08/31/17 | J | | |
| 152. -Softbank | | None | K | T | Buy (add'l) | 11/09/17 | J | | |
| 153. -Alibaba ADS | | None | K | T | Buy (add'l) | 05/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 07/18/17 | J | A | |
| 155. | | | | | Sold (part) | 07/19/17 | J | B | |
| 156. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 157. | | | | | Sold (part) | 12/13/17 | J | B | |
| 158. -China Communications Const. Co Ltd. | | None | J | T | Buy | 07/19/17 | J | | |
| 159. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 160. | | | | | Buy (add'l) | 08/28/17 | J | | |
| 161. | | | | | Buy (add'l) | 08/29/17 | J | | |
| 162. | | | | | Buy (add'l) | 08/30/17 | J | | |
| 163. -Icici Bank ltd ADR | A | Dividend | K | T | Sold (part) | 07/25/17 | J | A | |
| 164. | | | | | Sold (part) | 12/01/17 | J | A | |
| 165. -JD Com ADR | | None | K | T | Sold (part) | 12/04/17 | J | A | |
| 166. -Tencent Hldgs | | None | K | T | Sold (part) | 05/17/17 | J | B | |
| 167. | | | | | Sold (part) | 12/04/17 | J | A | |
| 168. | | | | | Sold (part) | 12/14/17 | J | C | |
| 169. -NY NY Go Ref BDS | C | Interest | M | T | | | | | |
| 170. -Babylon NY Pub Impt BDS | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -North Hempstead NY Pub Impt BDS | C | Interest | M | T | | | | | |
| 172. -Port Auth NY & NJ CONS BDS OID 2012 | C | Interest | M | T | | | | | |
| 173. -NY St. Dorm Auth Pers BDS 2022 | C | Interest | M | T | | | | | |
| 174. -BofA Tax Exempt Reserves | | | | | Distributed | 06/07/17 | K | | |
| 175. | | | | | Distributed | 09/27/17 | J | | |
| 176. -Blackrock Liquidity Fed Fund | A | Interest | K | T | | | | | |
| 177. US Trust managed IRA Rollover Account (no control) | | | | | | | | | |
| 178. -BofA Money Market Savings | | | L | T | | | | | |
| 179. -Col. Dividend Income Fd | A | Dividend | | | Redeemed | 02/01/17 | K | C | |
| 180. -Col. Select Large Cap Growth Fd Cl Z | | None | M | T | | | | | |
| 181. -MFS Value Fd | A | Int./Div. | J | T | Buy | 02/01/17 | K | | |
| 182. | | | | | Redeemed (part) | 06/01/17 | K | A | |
| 183. -Natixis Loomis Sayles Growth Fd | A | Int./Div. | J | T | Redeemed (part) | 02/01/17 | J | A | |
| 184. | | | | | Redeemed (part) | 06/01/17 | K | C | |
| 185. -Oakmark Select Fd Cl 1 | A | Int./Div. | J | T | Redeemed (part) | 02/01/17 | K | A | |
| 186. | | | | | Redeemed (part) | 06/01/17 | K | C | |
| 187. -Vanguard S&P 500 ETF | C | Int./Div. | M | T | Sold (part) | 02/01/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 16 of 21

Name of Person Reporting

Drain, Robert D.

Date of Report

5/14/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/05/17 | L | | |
| 189.  -Baird Midcap Fd Instl | | None | J | T | Buy (add'l) | 02/01/17 | K | | |
| 190. | | | | | Redeemed (part) | 10/02/17 | K | C | |
| 191.  -IShares Russell Mid Cap ETF | B | Int./Div. | M | T | Buy (add'l) | 02/03/17 | K | | |
| 192. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 193.  -MFS Mid Cap Value Fd Cl 1 | A | Int./Div. | K | T | Buy (add'l) | 02/01/17 | K | | |
| 194. | | | | | Redeemed (part) | 10/02/17 | K | B | |
| 195.  -IShares Russell 2000 ETF | A | Int./Div. | L | T | Buy (add'l) | 02/01/17 | K | | |
| 196. | | | | | Buy (add'l) | 12/04/17 | K | | |
| 197.  -Touchstone Small Cap Growth Fd | | | | | Buy (add'l) | 02/01/17 | K | | |
| 198. | | | | | Redeemed | 12/01/17 | K | B | |
| 199.  -Wells Fargo Special Small Cap Value Fd | A | Int./Div. | K | T | Buy (add'l) | 02/01/17 | K | | |
| 200.  -Harding Loevner Fds Intl Equity | A | Int./Div. | J | T | Buy | 10/02/17 | J | | |
| 201.  -Invesco Intl Growth Fd | A | Int./Div. | | | Buy (add'l) | 02/01/17 | J | | |
| 202. | | | | | Redeemed (part) | 06/01/17 | K | B | |
| 203. | | | | | Redeemed | 10/02/17 | J | A | |
| 204.  -IShares Core MSCI EAFE ETF | | None | | | Redeemed | 02/01/17 | K | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -JP Morgan Intl Value Fd | A | Int./Div. | | | Buy (add'l) | 02/01/17 | J | | |
| 206. | | | | | Redeemed (part) | 06/01/17 | K | B | |
| 207. | | | | | Redeemed | 10/02/17 | J | B | |
| 208.  -Oakmark Intl Fd | A | Int./Div. | J | T | Buy | 10/02/17 | J | | |
| 209.  -Vanguard FTSE Developed Markets ETF | C | Int./Div. | M | T | Buy | 02/01/17 | L | | |
| 210. | | | | | Buy (add'l) | 06/05/17 | K | | |
| 211.  -Hartford Mut Fds II Schroders Emerging Mkts | A | Int./Div. | K | T | Redeemed (part) | 02/01/17 | J | | |
| 212. | | | | | Redeemed (part) | 06/01/17 | K | B | |
| 213.  -Vanguard FTSE Emerging Markets ETF | B | Int./Div. | K | T | Buy | 02/03/17 | K | | |
| 214. | | | | | Buy (add'l) | 06/05/17 | K | | |
| 215.  -IShares Core MSCI Emerging Mkts | | | | | Redeemed | 02/01/17 | K | B | |
| 216.  -IShares Core US Aggregate Bond ETF | A | Int./Div. | | | Sold | 02/03/17 | J | | |
| 217.  -AQR Diversified Arbitrage Fd | A | Int./Div. | J | T | Redeemed (part) | 02/01/17 | J | A | |
| 218.  -AQR Managed Futures Strategy Fd | | None | J | T | Buy (add'l) | 02/01/17 | J | | |
| 219. | | | | | Redeemed (part) | 04/17/17 | J | | |
| 220.  -Arbitrage Fd | A | Int./Div. | J | T | Redeemed (part) | 02/01/17 | J | A | |
| 221.  -Blackrock Global Long Short Fd | | None | J | T | Redeemed (part) | 02/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Blackrock Strategic Income Opportunities | A | Int./Div. | J | T | Buy | 04/17/17 | J | | |
| 223. -Boston Parners Long Short Res Fd | | None | J | T | Redeemed (part) | 02/01/17 | J | A | |
| 224. | | | | | Redeemed (part) | 04/17/17 | J | A | |
| 225. -Legg Mason BW Absolute Return Opp. Fd | A | Int./Div. | J | T | Redeemed (part) | 02/01/17 | J | A | |
| 226. | | | | | Redeemed (part) | 04/17/17 | J | A | |
| 227. -Neuberger Berman Long Short Fd | | None | J | T | Redeemed (part) | 02/01/17 | J | A | |
| 228. | | | | | Redeemed (part) | 04/17/17 | J | A | |
| 229. -Apple Sr Unsecd Nt | A | Interest | K | T | | | | | |
| 230. -Berkshire Hathaway Fin Corp Gtd Sr Nt. | B | Interest | L | T | | | | | |
| 231. -Citigroup Inc Unsecd Sr. Nt | A | Interest | | | Matured | 11/24/17 | K | | |
| 232. -Goldman Sachs Sr. Unsecured Nt | A | Interest | K | T | Buy | 11/30/17 | K | | |
| 233. -JPMorgan Chase Sr Unsecd Nt | A | Interest | K | T | | | | | |
| 234. -Walmart Stores Sr. Unsecd Nt | A | Interest | K | T | | | | | |
| 235. -CMG Ultra Short Term Bond Fd | B | Interest | M | T | | | | | |
| 236. -Prudential Global Real Estate Fd Cl Z | | None | | | Redeemed | 02/01/17 | K | A | |
| 237. -Vanguard REIT ETF | | None | | | Sold | 02/01/17 | K | | |
| 238. -Credit Suisse Commodity-Return Fd | | None | | | Redeemed | 02/01/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Fifth Third Bancorp common | A | Int./Div. | J | T | | | | | |
| 240. US Trust IRA (no control) | | | | | | | | | |
| 241. -BofA Money Market | A | Interest | L | T | | | | | |
| 242. -SPDR S&P Div. ETF | B | Int./Div. | K | T | | | | | |
| 243. -SPDR S&P 500 ETF | C | Int./Div. | M | T | | | | | |
| 244. -Vanguard Mid-Cap ETF | A | Int./Div. | J | T | | | | | |
| 245. -Vanguard Small-Cap ETF | A | Dividend | J | T | | | | | |
| 246. -US Treas Strips | B | Interest | L | T | | | | | |
| 247. -Col. Select Large Cap Growth Fd Cl. Z | | None | M | T | | | | | |
| 248. -CMG Ultra Short Term Bond Fd | B | Interest | K | T | | | | | |
| 249. NYS 529 savings program #1-Moderate Age-Based Option Income Portfolio | B | Int./Div. | J | T | Distributed (part) | 01/30/17 | K | | |
| 250. | | | | | Distributed (part) | 07/31/17 | J | | |
| 251. NYS 529 savings program #2-Moderate Age-Based Option Income Portfolio | B | Int./Div. | J | T | Distributed (part) | 07/31/17 | K | | |
| 252. NYS 529 savings program #3-Moderate Age-Based Option Income Portfolio | B | Int./Div. | K | T | Buy | 07/31/17 | K | | |
| 253. | | | | | Distributed (part) | 07/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 5/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert D. Drain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544